# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENZO EDWARD LOUIS, et al., <br><br> Defendants. | Case No. 1:19-cv-01537-LJO-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 7) |

On January 9, 2020, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement of this action. (ECF No. 7.) Plaintiff requests until April 10, 2020, to file dispositional documents. (Id.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents on or before April 10, 2020.

IT IS SO ORDERED.

Dated: **January 10, 2020**

UNITED STATES MAGISTRATE JUDGE

1