# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENZO EDWARD LOUIS, et al., <br><br> Defendants. | Case No. 1:19-cv-01537-NONE-SAB <br><br> ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS <br><br> TEN DAY DEADLINE |

Joe Hand Promotions, Inc. ("Plaintiff") filed this action on October 30, 2019. (ECF No. 1.) On January 9, 2020, a notice of settlement was filed and Plaintiff was ordered to file dispositive documents on or before April 10 2020. (ECF Nos. 7, 8.) The time for dispositional documents to be filed has passed and Plaintiff has not complied with or otherwise responded to the January 10, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

///

1

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE IN WRITING within **ten (10) days** of the date of entry of this order why dispositive documents have not yet been filed.  **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:  **April 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE